UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 MAY 24 A 11: 19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civil Action No. 2:05CV492-T |
| v. | ) |
| DONNIE A. HARRIS, | ) |
| Defendant. | ) |

### STIPULATION FOR ENTRY OF CONSENT JUDGMENT

It is hereby stipulated by and between Plaintiff United States of America, acting by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and Defendant Donnie A. Harris, as follows:

1. This Court has subject matter jurisdiction over this matter under 31 U.S.C. section 3730(a) and 28 U.S.C. section 1345, and personal jurisdiction over Defendant, who acknowledges receipt of a copy of the Complaint in this action.

2. Defendant acknowledges his liability to the United States for the amount set forth in the Complaint in connection with his receipt of unemployment insurance benefits from the United States Railroad Retirement Board.

3. In return for Defendant's consent to entry of judgment, the United States agrees to accept the amount of Five Thousand ($5,000.00) Dollars, plus interest accruing thereafter at the effective legal post-judgment interest rate computed daily and compounded annually, which sum shall be paid in full financial settlement and satisfaction of the monetary claims Plaintiff now has against Defendant in the Complaint.

4. Defendant will satisfy this judgment by making monthly payments of a minimum amount of Seventy-Five ($75.00) Dollars, by certified check, personal check, or money order payable to the "United States Department of Justice" and delivered to the Financial Litigation Unit, United States Attorney for the Middle District of Alabama, One Court Square, Suite 201, Montgomery, Alabama 36104, by the 15th day of each month. The Defendant shall make such payments until the judgment set forth in Paragraph 3 has been paid in full. Defendant may pay all or any part of the unpaid balance at any time prior to the due date for each payment without incurring any prepayment penalty.

5. Defendant has provided sworn financial disclosure statements to the United States, and the United States has relied on the accuracy and completeness of these financial statements in agreeing to this consent judgment and the installment payment plan set forth in Paragraph 4. Defendant warrants that the financial statements are thorough, accurate, and complete.

6. Defendant further agrees to submit a financial statement and copies of his federal and state income tax returns for the prior year to the United States Attorney's Office by May 15th of each year, until the judgment amount set forth in paragraph 3 is paid in full. Furthermore, the minimum installment payment amount set forth in paragraph 4 may be adjusted after one year, and annually thereafter, if Defendant's financial statements or other information reveals that he has the ability to make a higher installment payment amount.

7. The United States will record a judgment lien against Defendant to secure payment of the judgment. The proceeds from the sale of any real estate and/or personal property in which Defendant has an interest may be used to satisfy a portion or all of this judgment.

8. Default will be deemed to have occurred if: (1) payment is not received by the

United States within ten (10) days of the date any installment payment is due; or (2) Defendant's yearly submission of his tax returns and a Financial Statement is not received by the United States within ten (10) days of the date when such documents are due. In the event of default, the balance of the judgment, including post-judgment interest, shall immediately become due and payable, and the United States may proceed with available administrative and judicial remedies to enforce the judgment debt, upon notice to Defendant.

9. Notice pursuant to Paragraph 8 shall be deemed due and sufficient if sent by first class mail, postage prepaid, to Defendant's address as listed below or to any new address provided, in writing, to the United States Attorney's Office. Defendant further agrees to notify the United States, by written notice to the United States Attorney's Office, within thirty days of any change of address or employment until the judgment is paid in full.

10. The District Court shall retain jurisdiction over this case for purposes of enforcing this Consent Judgment Order.

11. This is a publically available document, and Defendant waives any claim that this or any other document filed in this case, along with any information contained therein, is subjected to the Privacy Act of 1974, 5 U.S.C. section 552a.

Respectfully submitted this 24TH day of MAY, 2005.

                        United States of America
                        PLAINTIFF

                        LEURA G. CANARY
                        United States Attorney

By: _____
      JAMES J. DUBOIS
      Assistant United States Attorney
      GA Bar Number: 231445
      Attorney for Defendant
      Post Office Box 197
      Montgomery, AL  36101-0197
      Telephone No.: (334) 223-7280
      Facsimile No.: (334) 223-7418
      E-mail: **James.DuBois2@usdoj.gov**


By: _____
      DONNIE A. HARRIS
      470 A Fleahop Road
      Eclectic, Alabama 36024
      (334) 391-4399
      **DEFENDANT**