UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No.: **2:05-cv-00492** ) |
| DONNIE A. HARRIS, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Joint Stipulation for Entry of Consent Judgment filed herein on May 24, 2005, it is ORDERED, ADJUDGED and DECREED that the plaintiff, United States of America, have and recover of the defendant, Donnie A. Harris, the sum of Five Thousand ($5,000.00) Dollars, plus interest accruing thereafter at the effective legal post-judgment interest rate computed daily and compounded annually, until paid in full.

DATED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE