AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA,

    Plaintiff,

        V.

DONNIE A. HARRIS,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv492-T

TO: (Name and address of defendant)

    Donnie A. Harris
    470 A Fleahop Road
    Eclectic, AL  36024

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    James J. DuBois
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, AL  36101-0197

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    5-25-05

CLERK                                          DATE

(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.