**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 27, 2005

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   United States of America v. Harris

Case Number:   2:05-cv-00492-T

**This Notice of Correction was filed in the referenced case this date to attach the proposed order PDF document previously omitted.**

**The proposed order PDF document is attached to this notice for your review.   Reference is made to document #2  filed on    May 24, 2005.**