UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 2:05-cv-00492 |
| v. | ) | (WO) |
| | ) | |
| DONNIE A. HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Upon consideration of the Joint Stipulation for Entry of Consent Judgment filed herein on May 24, 2005 (Doc. No. 2), it is ORDERED, ADJUDGED and DECREED that the plaintiff, United States of America, have and recover of the defendant, Donnie A. Harris, the sum of Five Thousand ($5,000.00) Dollars, plus interest accruing thereafter at the effective legal post-judgment interest rate computed daily and compounded annually, until paid in full.

The Court retains jurisdiction for the purpose of enforcing this consent decree.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of May, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE