| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ~Virginia Pittman~  ☐ Agent  ☒ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>V. Pittman   5-28-05<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Donnie Harris<br>470 A Fleahop Road<br>Eclectic, AL. 36024<br><br>05-492 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7004 2510 0001 0150 4736 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540